IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **RICHARD COOK,** individually and on behalf of similarly situated persons, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 1:18-cv-02211-JRS-TAB |
| **PIZZA HUT OF KOKOMO, INC.** d/b/a "Pizza Hut," and **PAMELA BECKOM,** individually, | § § § § | Jury Demanded |
| **Defendants.** | § | |

**PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**COMES NOW,** Plaintiff Richard Cook, on his behalf and on behalf of those similarly situated, and hereby moves for a default judgment pursuant to FED. R. CIV. P. 55(b) against remaining Defendants Pizza Hut of Kokomo, Inc. d/b/a "Pizza Hut" and Pamela Beckom (collectively, "Defendants"), and respectfully shows the Court as follows:

1. Plaintiff requests that the Court enter a default judgment against these Defendants pursuant to FED. R. CIV. P. 55(b).

2. On July 19, 2018, Plaintiff filed his initial complaint. On October 22, 2018, Plaintiff filed his First Amended Complaint. On January 15, 2019, Plaintiff filed his Second Amended Complaint. All Defendants were properly served.

3. Pursuant to Dkts. #32, 35, Defendants have failed to answer any of Plaintiff's Complaints, have not entered an appearance, and are in default pursuant to FEDERAL RULE OF CIVIL PROCEDURE 55.

4. The Clerk of this Court entered a default on April 24, 2019. (Dkt. No. 35).

5. The Defendants are neither incompetent, infants, nor are they in the military.

6.     Plaintiff provided notice to Defendants of the Clerk's entry of default on April 24, 2019, via U.S. First Class Mail.

7.     The Defendants are currently indebted to Plaintiff in the amount of $15,488.00. *See* **Exhibit A, Declaration of Richard Cook**.

6.     Plaintiff is also entitled to attorneys' fees and expenses in the amount of $7,539.00, as proven by M. Haynie's Declaration in Support of Attorneys Fees, attached hereto as **Exhibit B**.

**WHEREFORE,** Plaintiff requests that the Court enter final default judgment against the Defendants and in favor of Plaintiff.

Respectfully submitted,

/s/ *M. Haynie*
Matthew Haynie, Texas Bar No. 24087692
**FORESTER HAYNIE PLLC**
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax
Email: matthew@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

Defendants have not appeared in this action. As such, Plaintiff will mail a copy of the foregoing document to Defendants' last known mailing address in accordance with the Federal Rules of Civil Procedure.

/s/ *M. Haynie*
**M. HAYNIE**

**Plaintiff's Motion for Entry of Default Judgment**                                                                                     Page 2