UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-02211-JRS-TAB |
| | ) |
| PIZZA HUT OF KOKOMO INC., and | ) |
| PAMELA BECKOM, | ) |
| | ) |
| Defendants. | ) |

**Order Denying Amended Motion**

Default against Defendants Pamela Beckom and Pizza Hut of Kokomo Inc. was entered by the Clerk April 24, 2019. In June of last year, Plaintiff moved for a default judgment. The Court denied that motion in October because the motion failed to comply with Fed. R. Civ. P. 55(b). The Court's Order stated in part that "Rule 55(b) requires the plaintiff seeking an entry of default judgment *to state in its affidavit* (1) when and against what parties was default entered, (2) the pleadings as to which default was entered, (3) that the defaulting parties are neither infants nor incompetent, (4) that the [defaulting parties] are not in the military, and (5) that notice has been served on the defaulting party." (Order Denying Pl.'s Mot. Default J. 2, ECF No. 40) (emphasis added). Although Plaintiff's Amended Motion for Entry of Default Judgment is accompanied by two declarations, neither declaration sets forth the necessary facts required by Rule 55(b) and outlined in the Court's prior Order.

Therefore, Plaintiff's Amended Motion for Default Judgment (ECF No. 41) is **denied without prejudice** to the filing of a properly supported motion.

    **SO ORDERED.**

Date: 3/26/2020

                                            JAMES R. SWEENEY II, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distribution:

David Matthew Haynie
FORESTER HAYNIE PLLC
matthew@foresterhaynie.com

James M. Hux, Jr.
FISHER & PHILLIPS LLP
jhux@fisherphillips.com

Joel Warren Rice
FISHER & PHILLIPS
jrice@fisherphillips.com