UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD COOK, individually and on behalf of similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-02211-JRS-MG ) |
| PIZZA HUT OF KOKOMO INC. Clerk's Entry of Default entered on 4/24/2019 d/b/a PIZZA HUT, and PAMELA BECKOM Clerk's Entry of Default entered on 4/24/2019 - individually, | ) ) ) ) ) ) |
| Defendants. | ) |

## Judgment

Judgment is entered in favor of Plaintiff Richard Cook and against Defendants. Defendants Pizza Hut of Kokomo, Inc. and Pamela Beckom are **ordered** to pay Plaintiff Richard Cook damages in the amount of $15,488 and to pay Plaintiff's counsel's attorney's fees and costs in the amount of $7,539.  This is a final judgment under Fed. R. Civ. P. 58.  This case is closed.

Date: 4/14/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

David Matthew Haynie
FORESTER HAYNIE PLLC
matthew@foresterhaynie.com

James M. Hux, Jr.
FISHER & PHILLIPS LLP
jhux@fisherphillips.com

Joel Warren Rice
FISHER & PHILLIPS
jrice@fisherphillips.com